UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> US ATTORNEY GENERAL, *et al.*, <br><br> Respondents. | Case No. C19-225 RAJ <br><br> **ORDER OF DISMISSAL** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;
2. Plaintiff's application to proceed *in forma pauperis* is **STRICKEN**;
3. This matter is **DISMISSED with prejudice**;
4. The Clerk shall provide petitioner a copy of this order.

DATED this 19th day of March, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1